# Court of Appeals of the State of Georgia

ATLANTA, August 07, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0049. JULIA MARTIN v. DEKALB COUNTY SCHOOL DISTRICT.

In this workers' compensation action, claimant Julia Martin filed, in the superior court, a petition for review of a decision of the Appellate Division of the State Board of Workers' Compensation that reversed in part a lower tribunal's ruling that she was entitled to disability benefits. The superior court affirmed the Appellate Division's decision, and Martin filed this direct appeal. We lack jurisdiction.

"Appeals from decisions of the superior courts reviewing decisions of the State Board of Workers' Compensation" must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (1), (b); *Adivari v. Sears, Roebuck & Co.*, 221 Ga. App. 279, 279 (471 SE2d 59) (1996). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Martin's failure to comply with the discretionary review procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 08/07/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.